PEOPLE ex rel. LILLIE M. HOLT, Appellant, *v.* LILLIAN
LAMBERT et al., Respondents.

(Submitted April 10, 1933; decided April 18, 1933.)

*Henry Salitan* for motion.
*Nathaniel Ellenbogen* opposed.

Motion denied.

PHILIP W. WRENN et al., Respondents, *v.* JULIUS MOSKIN,
Appellant, Impleaded with Another.

(Submitted April 10, 1933; decided April 18, 1933.)

*Per Curiam.* The decision of the Appellate Division
is for the purpose of the appeal to be regarded as one of
modification. All other questions of jurisdiction reserved
until the hearing of the appeal.